# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARLYLE, KIMBERLY L | § | Case No. 12-08841 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/05/2013 in Courtroom 240,

                  United States Courthouse
                  c/o Kane County Courthouse
                  100 S. 3rd St., Geneva, IL 60340

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2013                By: Kenneth S. Gardner
                                                             Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
CARLYLE, KIMBERLY L § Case No. 12-08841
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,500.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 8,460.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,600.00 | $ 0.00 | $ 1,600.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 70.33 | $ 0.00 | $ 70.33 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,705.00 | $ 0.00 | $ 1,705.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 5.75 | $ 0.00 | $ 5.75 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,381.08 |
| Remaining Balance | | $ | 5,078.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,765.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Airlines Federal Credit Union | $ 8,765.61 | $ 0.00 | $ 5,078.92 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,078.92 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Joseph R. Voiland
                   Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kimberly L Carlyle  
    Debtor

Case No. 12-08841-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 2     Date Rcvd: Oct 25, 2013  
                   Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2013.

```
db          +Kimberly L Carlyle,   201 Nicole Drive Unit E,    South Elgin, IL 60177-3620
18582627     AA Credit Union,   PO BOX 1555489,    Fort Worth, TX 76155
18582628    +American Airlines Corp Receivables,    MD 765,   7645  E 63d Street Suite 600,
              Tulsa, OK 74133-1249
20509834     American Airlines Federal Credit Union,    MD 2100, PO Box 619001,    DFW Airport, TX 75261-9001
18582629    +Associates In Pediatrics,    1015 Summit St,   Elgin, IL 60120-4302
18582630    +Association of Prof Flight Attend,    1004 W Euless Blvd,   Euless, TX 76040-5087
18582631    +Center for Contextual Change,    9239 Gross Point Rd,   Skokie, IL 60077-1365
18582632    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18582634   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,   RAPID CITY SD 57709-6154
             (address filed with court:  Green Tree,    PO BOX 94710,   Palatine, IL 60094)
18582635     Indymac Bank,    PO BOX 78826,   Phoenix, AZ 85062-8826
18582637    +Lynn Mirabella,    1737 S Naperville Rd,   Wheaton, IL 60189-5894
18582640    +Rathje & Woodward, LLC,    300 E Roosevelt Rd Suite 300,   Wheaton, IL 60187-1908
18582641     Rush Uninversity Medical Group,    75 Remittance Drive Dept 6379,    Chicago, IL 60675-6379
18582642    +Salt Creek Surgery Center,    530 N Cass Ave,   Westmont, IL 60559-1503
18582643    +The Lenders Inc,    790 Estate Drive Suite 100,   Deerfield, IL 60015-4884
18582644    +Thornwood Homeowners Assoc,    PO BOX 66637,   Chicago, IL 60666-0637
18582645    +Title Lenders Inc,    790 Estate Drive Suite 100,   Deerfield, IL 60015-4884
18582646    #Trans World Systems,    2235 Mercury Way Ste. 275,   Santa Rosa, CA 95407-5463
18582647    +University Anesthesialogists,    PO BOX 128,   Glenview, IL 60025-0128
18582648    +Village of South Elgin,    Utility Bill,   10 N Water Street,   South Elgin, IL 60177-1602
18582639    +proponent Medical Group,    2350 Royal Blvd Suite 500,   Elgin, IL 60123-4746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18582633     E-mail/Text: legalcollections@comed.com Oct 26 2013 00:54:30     Com Ed,    PO BOX 6111,
              Carol Stream, IL 60197-6111
18582636     E-mail/Text: cio.bncmail@irs.gov Oct 26 2013 00:53:05     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
18582638     Fax: 847-227-2151 Oct 26 2013 01:51:39     Medical recovery specialists,
              2250 E Devon Avenue STE 352,   Des Plaines, IL 60018-4519
```
                                                                                      TOTAL: 3

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2013 at the address(es) listed below:

```
          Abigail J Jung    on behalf of Plaintiff   Rathje & Woodward, LLC ajung@rathjewoodward.com
          Joseph  Voiland    on behalf of Trustee Joseph R. Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Joseph  Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Trustee Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
```

```
District/off: 0752-1          User: froman              Page 2 of 2                  Date Rcvd: Oct 25, 2013
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael J Torchalski    on behalf of Petitioning Creditor    Thornwood Condominium Owners Association legal2@torchalski.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom  Makedonski    on behalf of Debtor Kimberly L Carlyle info@teamlegalchicago.com, teamlegalbk@gmail.com
          TOTAL: 10