UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CARLYLE, KIMBERLY L § Case No. 12-08841
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                   . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/JOSEPH R. VOILAND_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AA Credit Union PO BOX 1555489 Fort Worth, TX 76155 | | | | | |
| | American Airlines Corp Receivables MD 765 7645 E 63d Street Suite 600 Tulsa, OK 74133 | | | | | |
| | Associates In Pediatrics 1015 Summit St Elgin, IL 60120 | | | | | |
| | Association of Prof Flight Attend 1004 W Euless Blvd Euless, TX 76040 | | | | | |
| | Center for Contextual Change 9239 Gross Point Rd Skokie, IL 60077 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-8200 | | | | | |
| | Com Ed PO BOX 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Lynn Mirabella 1737 S Naperville Rd Wheaton, IL 60189 | | | | | |
| | Medical recovery specialists 2250 E Devon Avenue STE 352 Des Plaines, IL 60018-4519 | | | | | |
| | Rathje & Woodward, LLC 300 E Roosevelt Rd Suite 300 Wheaton, IL 60187 | | | | | |
| | Rush Uninversity Medical Group 75 Remittance Drive Dept 6379 Chicago, IL 60675-6379 | | | | | |
| | Salt Creek Surgery Center 530 N Cass Ave Westmont, IL 60559 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Lenders Inc 790 Estate Drive Suite 100 Deerfield, IL 60015 | | | | | |
| | Thornwood Homeowners Assoc PO BOX 66637 Chicago, IL 60666 | | | | | |
| | Trans World Systems 2235 Mercury Way Ste. 275 Santa Rosa, CA 95407-5463 | | | | | |
| | University Anesthesialogists PO BOX 128 Glenview, IL 60025 | | | | | |
| | Village of South Elgin Utility Bill 10 N Water Street South Elgin, IL 60177 | | | | | |
| | proponent Medical Group 2350 Royal Blvd Suite 500 Elgin, IL 60123 | | | | | |
| 000001 | AMERICAN AIRLINES FEDERAL CREDIT UN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 12-08841 RG  Judge: MANUEL BARBOSA  
Case Name: CARLYLE, KIMBERLY L

Trustee Name: JOSEPH R. VOILAND  
Date Filed (f) or Converted (c): 03/07/12 (f)  
341(a) Meeting Date: 04/23/12  
Claims Bar Date: 08/06/13

For Period Ending: 01/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 201 Nicole Drive Unit E, South Elgin | 111,000.00 | 0.00 | DA | 0.00 | FA |
| 2. checking accounty - Fifth Third Bank | 200.00 | 200.00 | DA | 0.00 | FA |
| 3. Household Goods | 500.00 | 500.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. 2003 Toyota Camry | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 2001 Chrysler Town & Country | 3,200.00 | 800.00 | DA | 0.00 | FA |
| 7. acct. rec. - Jeremiah O'Brien (u) | 0.00 | 0.00 | | 8,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $119,200.00   $1,500.00   $8,500.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/14   Current Projected Date of Final Report (TFR): 09/15/14

LFORM1  
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-08841 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | CARLYLE, KIMBERLY L | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0676  Checking Account |
| Taxpayer ID No: | *******0114 | | |
| For Period Ending: | 01/27/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/13 | 7 | Laura Nekola | | 1241-000 | 4,500.00 | | 4,500.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,490.00 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 4,480.00 |
| 08/25/13 | | Congressional Bank | bank service fees | 2600-000 | | 10.00 | 4,470.00 |
| 09/04/13 | 7 | Castle Bank | | 1221-000 | 4,000.00 | | 8,470.00 |
| 09/30/13 | | cong bank | bank service fee | 9999-000 | | 10.00 | 8,460.00 |
| 11/01/13 | | cb | refund of service fee | 9999-000 | 10.00 | | 8,470.00 |
| 12/05/13 | 001001 | JOSEPH R. VOILAND
1625 Wing Road
Yorkville, IL  60560 | | 2100-000 | | 1,600.00 | 6,870.00 |
| 12/05/13 | 001002 | JOSEPH R. VOILAND
1625 Wing Road
Yorkville, IL  60560 | | 2200-000 | | 70.33 | 6,799.67 |
| 12/05/13 | 001003 | JOSEPH R. VOILAND
1625 Wing Road
Yorkville, IL  60560 | | 3110-000 | | 1,705.00 | 5,094.67 |
| 12/05/13 | 001004 | JOSEPH R. VOILAND
1625 Wing Road
Yorkville, IL  60560 | | 3120-000 | | 5.75 | 5,088.92 |
| 12/05/13 | 001005 | American Airlines Federal Credit Union
MD 2100, PO Box 619001
DFW Airport, TX 75261-9001 | | 7100-000 | | 5,088.92 | 0.00 |
| | | | | Page Subtotals | 8,510.00 | 8,510.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-08841 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | CARLYLE, KIMBERLY L | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0676 Checking Account |
| Taxpayer ID No: | *******0114 | | |
| For Period Ending: | 01/27/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,510.00 | 8,510.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,510.00 | 8,510.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,510.00 | 8,510.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******0676 | | 8,510.00 | 8,510.00 | 0.00 |
| | | | | | 8,510.00 | 8,510.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*